```
JOSEPH L. BENSON II, ESQ.
Nevada Bar No. 7276
DANIELLE J. RICHARDSON, ESQ.
Nevada Bar No. 14752
BENSON & BINGHAM
11441 Allerton Park Dr., Suite 100
Las Vegas, NV 89135
(702) 382-9797, telephone
(702) 382-9798, facsimile
litigate@bensonbingham.com
Attorneys for Plaintiff
```



# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KYLE A. ALCARAZ, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>CONAGRA BRANDS, INC.; CONAGRA FOODS, INC.; SAM'S WEST, INC. dba SAM'S CLUB; DOES 1 through 10; and ROE BUSINESS ENTITIES 1 through 10, inclusive, <br><br>　　　　Defendants. | CASE NO.: 2:20-cv-01414-JCM-EJY |

### STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES
(First Request)

Pursuant to LR IA 6-1 and LR 26-3, the parties request a 120-day extension of certain discovery deadlines for the reasons set forth below. This is the first request for an extension of discovery, and it is filed at least 21 days before the earliest deadline sought to be extended. In support of this stipulated request, the parties inform the Court of the following:

### DISCOVERY COMPLETED

- In connection with the Rule 26(f) conference, the parties served their respective initial disclosures of documents and witnesses, and supplements thereto.

1

207,520



- Plaintiff has served written discovery requests on the Defendants. Responses to the same are due, by extension, on or before February 1, 2021.

- Defendant, Conagra, has served written discovery requests on Plaintiff. Responses to the same are due, by extension, on or before February 1, 2021.

## DISCOVERY THAT REMAINS TO BE COMPLETED

- Responses to written discovery requests;
- Depositions of Person(s) Most Knowledgeable of Conagra;
- Deposition of Plaintiff;
- Disclosure of initial experts;
- Depositions of initial experts;

The parties reserve the right to engage in other discovery as permitted by applicable rules and within the discovery window.

## REASONS WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

Plaintiff has requested dates of availability for the deposition of the Person Most Knowledgeable of Conagra. Counsel for Conagra is working to identify the correct individual(s). COVID-19 closures have made discovery difficult and the current circumstances necessitate the instant extension. In addition, both sides are in dispute over Defendant's proposed protective order and Plaintiff lacks required documents to prepare for depositions because of such limitations; the parties are awaiting the Court's order.

. . . .

. . . .

. . . .

. . . .

. . . .

207,520



## PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY

The following table sets forth the current discovery deadlines and the proposed extended discovery deadlines that are the subject of this stipulated request:

| SCHEDULED EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
| --- | --- | --- |
| Filing motions to amend the pleadings or to add parties | 1/4/2021 | 5/4/2021 |
| Disclosure of initial experts | 2/2/2021 | 6/2/2021 |
| Disclosure of rebuttal experts | 3/4/2021 | 7/2/2021 |
| Discovery Cut-Off | 4/2/2021 | 8/2/2021 |
| Filing dispositive motions | 5/3/2021 | 8/31/2021 |
| Filing joint pretrial order | 6/2/2021 | 9/30/2021 |

This request for an extension of time is not sought for an improper purpose including delay.

DATED this __22__ day of December, 2020.        DATED this 16th day of December, 2020.

BENSON & BINGHAM                                                LEWIS ROCA ROTHGERBER CHRISTIE, LLP

_____#13240_____                                /s/ J. Christopher Jorgensen
DANIELLE J. RICHARDSON, ESQ.                         J. CHRISTOPHER JORGENSEN, ESQ.
Nevada Bar No. 14752                                              Nevada Bar No. 5382
Attorney for Plaintiff                                                   3993 Howard Hughes Pkwy., Suite 600
                                                                                     Las Vegas, NV 89169
                                                                                     Attorneys for Defendants

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 22, 2020

3

207,520