UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| KYLE A. ALCARAZ, | Case No. 2:20-cv-01414-JCM-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| CONAGRA BRANDS, INC.; CONAGRA FOODS, INC.; SAM'S WEST, INC. dba SAM'S CLUB; DOES 1 through 10; and ROE BUSINESS ENTITIES 1 through 10, inclusive, | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion for Leave to Amend Complaint (ECF No. 32). Plaintiff's Motion was filed on May 4, 2021. No response to the Motion was filed.

A district court may dismiss a claim for failure to follow the local rules. *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir.1995) (upholding dismissal for failure to file opposition to motion to dismiss). United States District Court for the District of Nevada Local Rule 7-2(d) states, in pertinent part, that: "The failure of an opposing party to file points and authorities in response to any motion … constitutes a consent to the granting of the motion." Given Defendants failure to oppose Plaintiff's Motion for Leave to Amend Complaint, the Court finds Defendants consent to the Court granting the Motion.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to Amend Complaint (ECF No. 32) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall separate Exhibit 1 from ECF No. 32 and file the same as Plaintiff's First Amended Complaint.

IT IS FURTHER ORDERED that Defendants' responsive pleadings are due fourteen days from the date of this Order.

Dated this 26th day of May, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE