PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 005254
pete@christiansenlaw.com
R. TODD TERRY, ESQ.
Nevada Bar No. 6519
tterry@christiansenlaw.com
WHITNEY J. BARRETT, ESQ.
Nevada Bar No. 13662
wbarrett@christiansenlaw.com
CHRISTIANSEN TRIAL LAWYERS
710 S. 7th Street
Las Vegas, Nevada 89101
Telephone:  (702) 240-7979
Facsimile:  (866) 412-6992

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KYLE A. ALCARAZ, an individual;<br><br>Plaintiff,<br><br>v.<br><br>CONAGRA BRANDS, INC.; CONAGRA FOODS, INC.; SAM'S WEST, INC. dba SAM'S CLUB; DOES 1 through 10; and ROE BUSINESS ENTITIES 1 through 10, inclusive;<br><br>Defendants. | CASE NO.  2:20-cv-01414-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY AND OTHER DEADLINES**<br>**(SECOND REQUEST)** |

Plaintiff, KYLE A. ALCARAZ, by and through his attorneys of record, PETER S. CHRISTIANSEN, ESQ., R. TODD TERRY, ESQ., and WHITNEY J. BARRETT, ESQ. of CHRISTIANSEN TRIAL LAWYERS, and Defendants CONAGRA BRANDS, INC.; CONAGRA FOODS, INC., and SAM'S WEST, INC., by and through their attorneys, J. CHRISTOPHER JORGENSEN, ESQ. of LEWIS ROCA ROTHGERBER CHRISTIE LLP, hereby file their second joint application to extend the discovery cut off period and other deadlines in this case, pursuant to LR II 26-4.  The present discovery cutoff date is August 2, 2021.

**I.  DISCOVERY COMPLETED**

1. Plaintiff produced his initial FRCP 26(a)(1) disclosure and two supplements

thereto;

2. Defendants produced their initial FRCP 26(a)(1) disclosure; and

3. The parties have propounded and responded to written discovery requests.

## II. DISCOVERY TO BE COMPLETED

1. Plaintiff will take the depositions of Defendants' corporate designees and employees;

2. Defendants will depose Plaintiff;

3. The parties will disclose expert witnesses and depose their respective experts;

4. The parties intend to serve, and respond to, additional written discovery; and

5. The parties intend to subpoena and conduct the depositions of third parties, fact witnesses, Plaintiff's treating providers, and the parties' experts.

## III. GOOD CAUSE WHY THE DISCOVERY REMAINING WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE COURT

New counsel for Plaintiff recently substituted into this matter and has been working diligently to adhere to the current discovery deadlines. An amended Complaint providing a basis for punitive damages was filed on May 26, 2021. The parties recently finalized language concerning the protective order, which will facilitate the production of additional information by Defendants. Furthermore, the parties are attempting to determine the seller of the subject Pam cannister involved in the subject of the incident, which is expected to be named as a defendant.

Good cause exists to extend all deadlines, including the expert deadline, due to the technical, complex and fact dependent evidence the experts will need in order to author their reports in this products liability matter. The parties intended for the remaining discovery set forth above to be completed within the existing discovery period, however, counsel for all parties agree the current discovery deadline is insufficient in time to complete the remaining discovery. Accordingly, the parties have agreed to continue the discovery deadlines an additional ninety (90) days.

/ / /

/ / /

## IV. PROPOSED SCHEDULE FOR COMPLETING DISCOVERY:

|  | **EXISTING DEADLINES** | **PROPOSED DEADLINES** |
|---|---|---|
| **Close of Discovery** | August 2, 2021 | **November 1, 2021** |
| **Final Date to Amend Pleadings/Add Parties** | May 4, 2021 | **Closed** |
| **Initial Expert Disclosures Deadlines** | June 2, 2021 | **August 31, 2021** |
| **Rebuttal Expert Disclosure Deadline** | July 2, 2021 | **September 30, 2021** |
| **Final Date for Dispositive Motions** | August 31, 2021 | **November 30, 2021** |

DATED this 2nd day of June, 2021

CHRISTIANSEN TRIAL LAWYERS

By */s/ R. Todd Terry*
PETER S. CHRISTIANSEN, ESQ.
NV Bar No. 5254
R. TODD TERRY, ESQ.
NV Bar No. 6519
WHITNEY J. BARRETT, ESQ.
NV Bar No. 13662
710 South 7th Street, Suite B
Las Vegas, NV 89101
*Attorneys for Plaintiff*

DATED this 2nd day of June, 2021

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By */s/ J. Christopher Jorgensen*
J. CHRISTOPHER JORGENSEN, ESQ.
NV Bar No. 5382
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
*Attorneys for Defendants*

## ORDER

**IT IS HEREBY ORDERED:**

The discovery cut off is extended from August 2, 2021 to November 1, 2021 in which all discovery in this action shall be completed;

3

**IT IS FURTHER ORDERED:**

Plaintiff and Defendant shall disclose their experts to each other at least sixty (60) days before the discovery cutoff date, which is by August 31, 2021, and Plaintiff and Defendant shall disclose rebuttal experts at least thirty (30) days after the initial date for disclosure of experts, which is by September 30, 2021;

All pretrial motions, including but not limited to, discovery motions, motions to dismiss and motions for summary judgment shall be filed and served no later than thirty (30) days after the close of discovery, which is November 30, 2021;

The Joint Pre-Trial Order in the above-captioned action shall be filed with this Court no later than thirty (30) days after the date set for filing dispositive motions, which shall be December 30, 2021; and

The last day for the parties to file their Motion and/or Stipulation to Extend Discovery shall be twenty (20) days prior to the discovery cut off, which is by October 12, 2021.

IT IS SO ORDERED this 3rd day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

**CHRISTIANSEN TRIAL LAWYERS**

By */s/ R. Todd Terry*
R. TODD TERRY, ESQ.
NV Bar No. 6519
WHITNEY J. BARRETT, ESQ.
Nevada Bar No. 13662
710 South 7th Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*