1  J Christopher Jorgensen
   Nevada Bar No. 5382
2  Adrienne Brantley-Lomeli
   Nevada Bar No. 14486
3  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   3993 Howard Hughes Pkwy, Suite 600
4  Las Vegas, NV 89169-5996
   Tel: (702) 949-8200
5  Email: cjorgensen@lewisroca.com
   Email: abrantley@lewisroca.com
6
   Ted D. Hartman (*pro hac vice*)
7  BLACKWELL BURKE P.A.
   431 South Seventh Street, Suite 2500
8  Minneapolis, MN 55415

9  *Attorneys for Defendants Conagra*
   *Brands, Inc., and ConAgra Foods, Inc.*
10

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KYLE A. ALCARAZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CONAGRA BRANDS, INC.; CONAGRA FOODS, INC.; SAM'S WEST, INC. dba SAM'S CLUB; DOES 1 through 10; and ROE BUSINESS ENTITIES 1 through 10, Inclusive,<br><br>    Defendant. | Case No.:  2:20-cv-01414-JCM-EJY<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT SAM'S WEST, INC.** |

Plaintiff Kyle A. Alcaraz and Defendants Conagra Brands, Inc., Conagra Foods, Inc. and Sam's West, Inc. (together, "Defendants") hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that all claims against Sam's West, Inc. be dismissed without prejudice. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this dismissal of Sam's West, Inc. *only*, does not require a court order.

/ / /

/ / /

/ / /

114647632.1

The Parties further stipulate that any amendment to the Complaint to add Sam's West, Inc. in this matter will relate back to the date that Sam's West, Inc. was originally named in this action.

**IT IS SO STIPULATED.**

DATED this 7th day of June, 2021.

CHRISTIANSEN TRIAL LAWYERS

 /s/ Whitney J. Barrett
PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
R. TODD TERRY, ESQ.
Nevada Bar No. 6519
WHITNEY J. BARRETT, ESQ.
Nevada Bar No. 13662
710 South 7th Street, Suite B
Las Vegas, NV 89101

*Attorneys for Plaintiff*

DATED this 7th day of June, 2021.

LEWIS ROCA ROTHGERBER CHRISTIE, LLP

 /s/ J Christopher Jorgensen
J CHRISTOPHER JORGENSEN, ESQ.
Nevada Bar No. 5382
ADRIENNE BRANTLEY-LOMELI, ESQ.
Nevada Bar No. 14486
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169

*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: June 11, 2021

- 2 -

114647632.1