J Christopher Jorgensen
Nevada Bar No. 5382
Adrienne Brantley-Lomeli
Nevada Bar No. 14486
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
Email: cjorgensen@lewisroca.com
Email: abrantley@lewisroca.com

Ted D. Hartman (*pro hac vice*)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415

*Attorneys for Defendants Conagra Brands, Inc., and ConAgra Foods, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KYLE A. ALCARAZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CONAGRA BRANDS, INC.; CONAGRA FOODS, INC.; SAM'S WEST, INC. dba SAM'S CLUB; DOES 1 through 10; and ROE BUSINESS ENTITIES 1 through 10, Inclusive,<br><br>    Defendant. | Case No.:   2:20-cv-01414-JCM-EJY<br><br>**STIPULATION FOR DISMISSAL** |

Plaintiff Kyle A. Alcaraz and Defendants Conagra Brands, Inc., and Conagra Foods, Inc. hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that all claims in the above-captioned matter are dismissed with prejudice, each party to bear its own costs. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this dismissal does not require a court order.

/ / /

/ / /

/ / /

117071311.1

**IT IS SO STIPULATED.**

DATED this 8th day of March, 2022.

CHRISTIANSEN TRIAL LAWYERS

 /s/ Whitney J. Barrett
PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
R. TODD TERRY, ESQ.
Nevada Bar No. 6519
WHITNEY J. BARRETT, ESQ.
Nevada Bar No. 13662
710 South 7th Street, Suite B
Las Vegas, NV 89101

*Attorneys for Plaintiff*

DATED this 8th day of March, 2022.

LEWIS ROCA ROTHGERBER CHRISTIE, LLP

 /s/ J Christopher Jorgensen
J CHRISTOPHER JORGENSEN, ESQ.
Nevada Bar No. 5382
ADRIENNE BRANTLEY-LOMELI, ESQ.
Nevada Bar No. 14486
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169

*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: March 30, 2022

- 2 -

117071311.1